# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOHN S. HOOKS AND HIS WIFE,
NATASHA R. HOOKS

VERSUS

GRANITE STATE INSURANCE
COMPANY, ALVIN & JOHN
TRUCKING, LLC, AND SEAN
DAVIS

NO. 2022 CW 1207

JANUARY 17, 2023

---

In Re:   Granite State Insurance Company and Alvin and John
         Trucking, LLC, applying for supervisory writs, 21st
         Judicial District Court, Parish of Tangipahoa, No.
         20170000053.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**   The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,**
396 So.2d 878 (La. 1981) (per curiam), are not met.

**WRC**
**CHH**

   **Theriot, J.,** concurs and would deny the writ.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT